UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

GARY LEE ELDRIDGE,

              Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

            Defendant.

No.    CV-11-0409-JPH

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: February 26, 2013

SEAN F. McAVOY
Clerk of Court

By:  _s/Pam Howard_
    Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**